### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

MARKEISIA EVANS

vs.                                   NO. 2:07CV00146 SWW

MIRABILE INVESTMENT CORPORATION

#### ORDER

By order entered March 19, 2008, the Court scheduled this matter for trial to commence on September 8, 2008, and directed the parties to file their pretrial disclosure sheets by August 8, 2008. The parties have failed to do so and are directed to file their pretrial disclosure sheets no later than *August 29, 2008*.

IT IS SO ORDERED this 22nd day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE